**FILED**
December 21, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

To whom it may concern,

On this day Howard County Detention Center served a tray to me with potato salad on it. My chart clearly states I'm allergic to Mayo, so I told an officer Schreiber that my tray has Mayo on it and responded to me with an okay. I hit the button and asked to talk to rank which I was clearly denied, went on the officer stop answering the button then I asked another officer who is an officer Snyder which is the officer who passes out the trays he blamed it on the kitchen who has my chart that clearly states no mayo so I sit and wait for rank who is a Ms. Kulaw and she gives me the run-around as well.

I'm here to do time not to be treated like a animal! So I'd like for these people to be investigated for their abuse of authority. Thank you.

Ms Vaa

Black Lives Matter

All Lives Matter!!!

PS
You might want to call to see if i'm still here before you come because they might move me somewhere if they don't kill me first

Chi Vann

2 paper documents enclosed

Is this a (Grievance) or Request? (Please check the one that applies to your situation.)

Grievances are defined as:
1. Violation of Civil Rights
2. Criminal Act
3. Unjust Denial or Restriction of Inmate Privileges
4. Prohibited act by facility staff
(Circle the definition that applies to your grievance.)

To: Grievance Officer

From: **Chris Vanover**
Last, First

Cellblock: **A-2**

I wish to file a grievance. I certify that m statement is true and correct to the best of my knowledge and belief. (Only applies to the forms marked Grievance)

**Nature of Description of the Problem:**
(Please print or write legibly. If filing a grievance please include all dates, times and names of persons involved, including witnesses if any.)

On Dec 14th they served a meal that had mayo in potato salad on the tray. They said I pushed the button and ask their scheduler to tell them my tray had mayo on it. He said ok. I keep pushing the button he wouldn't respond to me about my tray. I told officer Coulter about my tray and they refuse to get ole back and get me another tray. My chart simply say im allergic to mayo. Why is this a problem cause were on lockdown. I would like to tell or sue about my incident like the chef or Stan Parker

(If more space is needed, continue on the back.)

Date: **12-14-23**

Inmate Signature (must be signed): *[signed]*

## DISPOSITION OF GRIEVANCE

Your grievance has been reviewed and disposed of as follows:
_____
_____
_____
_____
_____

Date                              Officer

* If your not satisfied with the results of this grievance, you may appeal to the Sheriff.

Original        Copy            Copy       Copy
Admin. File     Inmates File    Inmate     Officer
                                           (If Applicable)

Admin Form# 101

HOWARD COUNTY JAIL
INMATE GRIEVANCE / REQUEST

# HOWARD COUNTY JAIL
## INMATE GRIEVANCE / REQUEST

Is this a (Grievance) or a Request? (Please circle the one that applies to your situation.)

Grievances are defined as:
1. Violation of Civil Rights
2. Criminal Act
(3.) Unjust Denial or Restriction of Inmate Privileges
4. Prohibited act by facility staff
(Circle the definition that applies to your grievance.)

To: Grievance Officer

From: **Vanover Chris**  Cellblock: **A-4man**
Last, First

I wish to file a grievance. I certify that m statement is true and correct to the best of my knowledge and belief. (Only applies to the forms marked Grievance)

**Nature of Description of the Problem:**
(Please print or write legibly. If filling a grievance please include all dates, times and names of persons involved, including witnesses if any.)

On Nov 11th we where served breakfast by officer Naylor which consist of just cereal and crackers as the logic and the 3 other slots where people which was served to us as breakfast if im not mistaken are up to a nutricious breakfast which are based on colorie where not meat on any kind of way this morning so i would like to atleast know why we didn't get a regular breakfast like we have been getting and i dont know if thats normal? Thanks Chris Vanover

(If more space is needed, continue on the back.)

Date: 11-11-23

Inmate Signature (must be signed)

## DISPOSITION OF GRIEVANCE
Your grievance has been reviewed and disposed of as follows:

I will review the menu

Officer

with the results of this grievance, you may appeal to the Sheriff

Copy — Inmates File     Copy — Inmate

Chris VanOuser
3611 Old W Hwy 80
Big Spring, Tx 79720

X-RAY

Northern District
Federal Courthouse
1205 Texas ST
Lubbock, TX 79401

209:

US POSTAGE — PITNEY BOWES
ZIP 79720 $ 000.63
02 4W
0000385051 DEC. 18 2023

RECEIVED
DEC 21 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

7940$1814 C067